**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| ARNOLDO ANTONIO GARCIA, | NO. EDCV 16-1449-MWF (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ENRIQUE M. LUCERO, Field Office Director, Florence Detention Center, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 9, 2017.

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE